

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Paragon Industrial Applications, Inc., and
RLI Insurance Company, Appellants

No. 06-14-00001-CV      v.

Stan Excavating, LLC, Appellee

Appeal from the 102nd District Court of
Bowie County, Texas (Tr. Ct. No. 13-C-
1016-102). Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Paragon Industrial Applications, Inc., and RLI Insurance Company, pay all costs of this appeal.

RENDERED MAY 6, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk